IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| OUT OF SIGHT LITTER BOX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-0285-CV-W-GAF |
| | ) | |
| O'SULLIVAN INDUSTRIES HOLDINGS, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is Plaintiff Out of Sight Litter Box, Inc.'s ("Plaintiff") Motion to Modify Court's March 4, 2008 Judgment. (Doc. #27). Defendants O'Sullivan Industries Holdings, Inc., et al. failed to respond to Plaintiff's Motion. For good cause shown, the Court GRANTS Plaintiff's Motion and it is

ORDERED that the Court's Judgment in the above-captioned case is modified to include attorneys' fees in the amount of $23,548.79, costs in the amount of $4,478.91, and post-judgment interest in the amount of $622.87 incurred up to and including May 28, 2009. The total amount of the Amended Judgment is $66,150.57.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 25, 2009